DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. CARRINGTON

No. 94 PC.

Case below: 34 N.C. App. 501.

Petition by defendant for discretionary review under G.S. 7A-31 denied 24 January 1978.

STATE v. CHAUFFE

No. 98 PC.

Case below: 34 N.C. App. 501.

Petition by defendant for discretionary review under G.S. 7A-31 denied 24 January 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 24 January 1978.

STATE v. COVINGTON

No. 31.

Case below: 34 N.C. App. 457.

Petition by defendant for discretionary review under G.S. 7A-31 denied 24 January 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 24 January 1978.

STATE v. FREEMAN

No. 102 PC.

Case below: 34 N.C. App. 502.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 December 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 21 December 1977.

STATE v. GARNER

No. 116 PC.

Case below: 34 N.C. App. 498.

Petition by defendant for discretionary review under G.S. 7A-31 denied 24 January 1978.